UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20279-CIV-SEITZ/O'SULLIVAN

WARSOWE ACQUISITION CORPORATION,
a Florida corporation

       Plaintiff,

v.

JOSEPH J. BLACK & ASSOCIATES, INC.
a Foreign corporation,

       Defendant.
_____/

### ORDER STRIKING MOTION TO WITHDRAW AND MOTION TO AMEND THE NOTICE OF FILING OF PROPOSAL FOR SETTLEMENT

THIS CAUSE is before the Court Defendant's Motion to Withdraw Proposal for Settlement and to Amend the Notice of Filing Proposal for Settlement [DE 17]. In its motion, Defendant failed to include a notice of conferral as required under S.D. Fla. L.R. 7.1.A(3). Therefore, it is hereby

ORDERED that the Clerk of Court is directed to STRIKE Defendant's Motion to Withdraw Proposal for Settlement and to Amended the Notice of Filing Proposal for Settlement [DE 17]. Defendant may file a renewed motion after completing the required conferral and submitting notice thereof.

DONE AND ORDERED at Miami, Florida, this 2nd day of May, 2008.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record